L. C. Baker v. The State.

No. 7787. Decided June 13, 1923.

**1.—Aggravated Assault—Statement of Facts—Practice on Appeeal.**

In the absence of a statement of facts duly approved by the trial judge and the attorneys of record, and the indictment being sufficient and the proceedings of the trial regular, the judgment must be affirmed.

Appeal from the District Court of Wichita. Tried below before the Honorable Guy Rogers.

Appeal from a conviction of aggravated assault; penalty, a fine of $50.00.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General for the State.

HAWKINS, Judge.—Conviction is for aggravated assault, with punishment by fine of $50.

The statement of facts found in the record is not signed by the attorneys, or approved by the trial judge, and does not appear to have been filed in the lower court. Art. 844 C. C. P., Section 596, Branch's Ann. P. C., Note 5, Vernon's Code Cr. Proc., page 812. The indictment charges an offense to which the charge of the court is applicable upon a state of facts provable thereunder. No questions are presented which are reviewable in the absence of a statement of the facts in evidence.

The judgment is affirmed.

*Affirmed.*